## EASTERN DISTRICT OF MICHIGAN

In the Matter of:

**Rodafay Avant**

Debtor(s)

Case No.    05-57512

Chapter 13 Proceedings

Hon. Phillip J. Shefferly

## NOTICE OF UNCLAIMED DIVIDENDS

### TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| Rodafay Avant 16582 Tracey Detroit, MI 48235 | | | Debtor Unclaimed | 3427842 | $.92 |
| TOTAL | | | | | $.92 |

Dated:    4/21/11

Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035